UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CR523 JCH |
| ) | |
| ROBERT MONTELL SILLS, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant Sills' Motion for a Bill of Particulars (Doc. No. 92) and Motion to Dismiss Indictment (Doc. No. 95). Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Mary Ann L. Medler, who filed a Report and Recommendation on February 8, 2011 (Doc. No. 110). Neither party submitted objections to the Report and Recommendation.[1]

Magistrate Judge Medler recommends that the Court deny Defendant's motions. After *de novo* review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 110) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] On February 15, 2011, Defendant filed "objections" to the Report and Recommendation. (Doc. No. 112). Defendant, however, did not outline any specific objections, but instead requested a *de novo* hearing concerning Defendant's Motion for Bill of Particulars and Motion to Dismiss Indictment. The Court advised Defendant to file specific, written objections to the Report and Recommendation and to file those objections by March 7, 2011. See Doc. No. 120. To date, no objections have been received.


**IT IS FURTHER ORDERED** that Defendant's Motion for a Bill of Particulars (Doc. No. 92) and Motion to Dismiss Indictment (Doc. No. 95) are **DENIED**.

Dated this 8th day of March, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE